1  **QUARLES & BRADY LLP**
C. Bradley Vynalek (#020051)
2  Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
3  Renaissance One
Two North Central Ave.
4  Phoenix, AZ 85004-2391
Tel: (602) 229-5200
5  brad.vynalek@quarles.com
lauren.stine@quarles.com
6  Kyle.orne@quarles.com

7  **JASSY VICK CAROLAN LLP**
Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
8  601 Montgomery Street, Suite 850
San Francisco, California 94111
9  Tel: (415) 539-3399
dcarolan@jassyvick.com
10

11  Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)
12  800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
13  Tel: (310) 870-7048
jpjassy@jassyvick.com
14  kvick@jassyvick.com

15  Attorneys for Defendants S&P Global Inc., S&P Global Market
Intelligence Inc., Kiah Lau Haslett and Zach Fox

16  IN THE UNITED STATES DISTRICT COURT

17  DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation, | NO. |
| Plaintiffs, | (Formerly Maricopa County Superior Court Case No. CV2018-002465 |
| vs. | **NOTICE OF REMOVAL** |
| S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive, | |
| Defendants. | |

27       Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau

28  Haslett, and Zach Fox (the "Removing Defendants"), by and through undersigned counsel,

QB\167469.00001\51609133.2

hereby give notice of removal of the civil action captioned *Hurry, et al., v. S&P Global, Inc., et al.,* case number CV2018-002465, from the Superior Court of the State of Arizona in and for the County of Maricopa (the "State Court Action"), to the United States District Court for the District of Arizona.

The Removing Defendants file this notice pursuant to 28 U.S.C. §§ 1441, 1446(a) and L.R. Civ. 3.6. The United States District Court has jurisdiction over this case under 28 U.S.C. § 1332. Undersigned counsel verifies that a complete copy of the filings in the State Court Action are attached hereto as Exhibit "A". A copy of such verification is attached hereto as Exhibit "B".

As grounds for removal of this action, the Removing Defendants state as follows:

1. Plaintiffs Justine Hurry and Scottsdale Capital Advisors Corp. ("SCA") (collectively, "Plaintiffs") filed the State Court Action on March 8, 2018.

2. The Removing Defendants were served with a copy of the Summons and Complaint on March 12, 2018. The Removing Defendants have not pled, answered, appeared or otherwise defended in the State Court Action.

3. This Notice of Removal is filed within thirty (30) days of the service of the Removing Defendants, as required under 28 U.S.C. § 1446. The Removing Defendants hereby reserve all defenses, including defenses of lack of personal jurisdiction.

4. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Maricopa.

5. The United States District Court has original jurisdiction over this action under 28 U.S.C. § 1332 because each plaintiff is diverse from the citizenship of each defendant, and the amount in controversy exceeds the sum or value of $75,000.00.

6. Plaintiffs allege that Justine Hurry is an individual residing in Arizona. [Compl. ¶ 5.]

7. Plaintiffs allege that Scottsdale Capital Advisors Corp. is a corporation incorporated in Arizona with its principal place of business in Arizona. [Compl. ¶ 6.]

8. Defendant S&P Global Inc. is a corporation incorporated in New York with

its principal place of business in New York, and it consents to removal of this action. [*See* Declaration of C. Bradley Vynalek ("Vynalek Decl.") at ¶ 2, attached hereto as Exhibit "C".]

9.  Defendant S&P Global Market Intelligence Inc. is a corporation incorporated in Delaware with its principal place of business in New York, and it consents to removal of this action. [*See* Declaration of C. Bradley Vynalek ("Vynalek Decl.") at ¶ 3, attached hereto as Exhibit "C".] *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84, 94 (2005) ("Defendants may remove an action on the basis of diversity of citizenship if there is complete diversity between all named plaintiffs and all named defendants"; and the citizenship of a non-party affiliate is not relevant to determining diversity of citizenship).

10. Defendant Kiah Lau Haslett is an individual residing in Virginia, and consents to removal of this action. [Vynalek Decl. ¶ 4.]

11. Defendant Zach Fox is an individual residing in Virginia, and consents to removal of this action. [Vynalek Decl. ¶ 5.]

12. As each plaintiff is diverse from each defendant, the parties meet the diversity of citizenship requirement set forth in 28 U.S.C. § 1332.

13. Based on Plaintiffs' allegations, Defendants believe that the amount in controversy exceeds the sum or value of $75,000.00. Plaintiffs allege claims for defamation and false light invasion of privacy. Plaintiffs seek "compensatory, consequential, exemplary, and punitive damages in an amount to be determined at trial." [Compl. at 13.] Plaintiffs allege that SCA made "more than $125 million worth of trades in 2015." [Compl. ¶ 18.] Plaintiffs allege that Defendants "have caused and are continuing to cause Plaintiffs tremendous economic harm and damage to their respective reputations." [Compl. ¶ 33.] Plaintiffs further allege that their damages may be "presumed" because statements made by Defendants "impute to Plaintiffs' offenses regarded by public opinion as involving moral turpitude, and unfitness for the proper conduct of their lawful business, trade, and profession." [Compl. ¶ 39; *see also id.* ¶¶ 41, 47.]

14. Written notice of the filing of this Notice of Removal has been delivered to Plaintiffs. A copy of this Notice of Removal is being filed with the Clerk of the Maricopa

1  County Superior Court. A copy of the Notice of Removal filed in the Maricopa County
2  Superior Court (without the exhibit) is attached hereto as Exhibit "D".
3       15.   Undersigned counsel for Defendants has read the foregoing and signs the
4  Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required
5  by 28 U.S.C. § 1446(a). Accordingly, the Removing Defendants respectfully request that
6  the State Court Action be removed to, and proceed hereinafter, in this Court, and that no
7  further proceedings in this matter take place in the Maricopa County Superior Court.
8       DATED this 11th day of April, 2018.

                             QUARLES & BRADY LLP

                             By  */s/ C. Bradley Vynalek*
                                 C. Bradley Vynalek
                                 Lauren Elliott Stine
                                 Kyle T. Orne

                           JASSY VICK CAROLAN LLP
                           Duffy Carolan
                           Jean-Paul Jassy
                           Kevin Vick

                           Attorneys for Defendants S&P Global, Inc.,
                           S&P Global Market Intelligence, Inc., Kiah Lau
                           Haslett, Zach Fox

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, a copy of the foregoing document was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Caser Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF. A copy of the foregoing document was also mailed this date to the following:

                Monica Limon-Wynn (019174)
                Limon-Wynn Law, PLLC
                1400 East Southern Avenue, #915
                Tempe, AZ 85282-8008
                Attorneys for Plaintiff

1  Charles J. Harder (pro hac)
2  Jordan Susman (pro hac)
   Harder LLP
3  132 South Rodeo Drive, 4th Floor
   Beverly Hills, CA  90067
4  Attorneys for Plaintiff

5                                              /s/ Kim Simmons

QB\167469.00001\51609133.2