# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Justine Hurry ; Scottsdale Capital Advisors Corp.

**Defendant(s):** S&P Global Inc. ; S&P Global Market Intelligence Inc. ; Kiah Lau Haslett ; Zach Fox

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Monica Limon-Wynn**
Limon-Wynn Law, PLLC
1400 East Southern Avenue, #915
Tempe, Arizona  85282-8008
480-946-0680

Defendant's Atty(s):

**C Bradley Vynalek**
Quarles & Brady LLP
2 North Central Avenue
Phoenix, Arizona  85004
602-229-5200

**Lauren Elliott Stine**
Quarles & Brady LLP
2 North Central Avenue
Phoenix, Arizona  85004
602-229-5200

**Kyle T Orne**
Quarles & Brady LLP
2 North Central Avenue
Phoenix, Arizona  85004
602-229-5200

**Duffy Carolan**
Jassy Vick Carolan LLP
601 Montgomery Street, #850

San Francisco, California  94111
415-539-3399

Jean-Paul Jassy
Jassy Vick Carolan LLP
800 Wilshire Blvd., #800
Los Angeles, California  90017
310-870-7048

Kevin L Vick
Jassy Vick Carolan LLP
800 Wilshire Blvd., #800
Los Angeles, California  90017
310-870-7048

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2018-002465**

II. Basis of Jurisdiction:	**4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

IV. Origin :	**2. Removed From State Court**

V. Nature of Suit:	**360 Other Personal Injury**

VI. Cause of Action:	**Defamation and false light invasion of privacy.**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **not specified**
Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **CIV-14-02490** assigned to Judge **Roslyn O. Silver.**

**Signature:** C. Bradley Vynalek

**Date:** 4/11/18

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014