# *EXHIBIT B*

1

**QUARLES & BRADY LLP**

2

C. Bradley Vynalek (#020051)
Lauren Elliott Stine (#025083)

3

Kyle T. Orne (#032438)
Renaissance One

4

Two North Central Ave.
Phoenix, AZ 85004-2391

5

Tel: (602) 229-5200
brad.vynalek@quarles.com

6

lauren.stine@quarles.com
Kyle.orne@quarles.com

7

**JASSY VICK CAROLAN LLP**

8

Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
601 Montgomery Street, Suite 850

9

San Francisco, California  94111
Tel: (415) 539-3399

10

dcarolan@jassyvick.com

11

Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)

12

800 Wilshire Blvd., Suite 800
Los Angeles, California 90017

13

Tel: (310) 870-7048
jpjassy@jassyvick.com

14

kvick@jassyvick.com

15

Attorneys for Defendants S&P Global Inc., S&P Global Market
Intelligence Inc., Kiah Lau Haslett and Zach Fox

16

IN THE UNITED STATES DISTRICT COURT

17

DISTRICT OF ARIZONA

18

19

Justine Hurry, an individual; Scottsdale
Capital Advisors Corp., an Arizona

20

corporation,

Plaintiffs,

21

vs.

22

S&P Global Inc., a New York corporation;

23

S&P Global Market Intelligence Inc., a
Delaware corporation; Kiah Lau Haslett, an

24

individual; Zach Fox, an individual; and Does
1-10, inclusive,

25

Defendants.

26

NO.

(Formerly Maricopa County Superior
Court Case No. CV2018-002465)

**VERIFICATION IN SUPPORT OF
DEFENDANTS' NOTICE OF
REMOVAL**

27

**C. BRADLEY VYNALEK** hereby declares as follows:

28

1.     My name is C. Bradley Vynalek.  I am an attorney with the law firm of

QB\167469.00001\51610548.1

Quarles & Brady LLP.  I am counsel of record for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiau Lau Haslett and Zach Fox (collectively, "Defendants").  This Verification is offered in support of Defendants' Notice of Removal and is based upon my personal knowledge.

2.     In accordance with 28 U.S.C. § 1446(a) and L.R. Civ. 3.6(b), Defendants have filed true and complete copies of all pleadings and other documents that were previously filed with the Maricopa County Superior Court at Exhibit A to the Defendants' Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of April, 2018.

By_____

C. Bradley Vynalek

QB\167469.00001\51610548.1

# *EXHIBIT C*

1  **QUARLES & BRADY LLP**
2  C. Bradley Vynalek (#020051)
   Lauren Elliott Stine (#025083)
3  Kyle T. Orne (#032438)
   Renaissance One
4  Two North Central Ave.
   Phoenix, AZ 85004-2391
5  Tel: (602) 229-5200
   brad.vynalek@quarles.com
6  lauren.stine@quarles.com
   Kyle.orne@quarles.com

7  **JASSY VICK CAROLAN LLP**
8  Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
   601 Montgomery Street, Suite 850
9  San Francisco, California  94111
   Tel: (415) 539-3399
10 dcarolan@jassyvick.com

11 Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
   Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)
12 800 Wilshire Blvd., Suite 800
   Los Angeles, California 90017
13 Tel: (310) 870-7048
   jpjassy@jassyvick.com
   kvick@jassyvick.com
14
15 Attorneys for Defendants S&P Global Inc., S&P Global Market
   Intelligence Inc., Kiah Lau Haslett and Zach Fox

16          IN THE UNITED STATES DISTRICT COURT

17                 DISTRICT OF ARIZONA

18 | | |
19 Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation, | NO.
20 | (Formerly Maricopa County Superior Court Case No. CV2018-002465)
21          Plaintiffs, |
22     vs. | **DECLARATION OF C. BRADLEY VYNALEK IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**
23 S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive, |
24 |
25 |
26          Defendants. |

27     **C. BRADLEY VYNALEK,** hereby declares as follows:

28     1.     I am an attorney at the law firm of Quarles & Brady LLP, counsel for

QB\167469.00001\51609965.1

Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett, and Zach Fox (collectively "Defendants"), and I provide this Declaration in support of Defendants' Notice of Removal and based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a complete and accurate copy of the State of New York, Division of Business Services records for Defendant S&P Global Inc. showing that it is incorporated in New York and has its principal address in New York.

3. Attached hereto as Exhibit 2 is a complete and accurate copy of the State of New York, Division of Business Services records for Defendant S&P Global Market Intelligence Inc. showing that it is incorporated in Delaware and has its principal address in New York.

4. Defendant Kiah Lau Haslett consents to removal and confirms that she is a resident of Virginia.

5. Defendant Zach Fox consents to removal and confirms that he is a resident of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of April, 2018.

_____

C. Bradley Vynalek

# *Exhibit 1*

# State of New York
# Department of State   } ss:

*I hereby certify, that the Certificate of Incorporation of S&P GLOBAL INC. was filed on 12/29/1925, under the name of MCGRAW-HILL PUBLISHING COMPANY, INC., fixing the duration as perpetual, and that a diligent examination has been made of the Corporate index for documents filed with this Department for a certificate, order, or record of a dissolution, and upon such examination, no such certificate, order or record has been found, and that so far as indicated by the records of this Department, such corporation is an existing corporation.*

*A Certificate of Amendment MCGRAW-HILL PUBLISHING COMPANY, INC., changing its name to MCGRAW-HILL, INC., was filed 01/02/1964.*

*A Certificate of Amendment MCGRAW-HILL, INC., changing its name to THE MCGRAW-HILL COMPANIES, INC., was filed 04/26/1995.*

*A Certificate of Amendment THE MCGRAW-HILL COMPANIES, INC., changing its name to MCGRAW HILL FINANCIAL, INC., was filed 05/01/2013.*

*A Certificate of Amendment MCGRAW HILL FINANCIAL, INC., changing its name to S&P GLOBAL INC. , was filed 04/27/2016.*

\*\*\*



*Witness my hand and the official seal of the Department of State at the City of Albany, this 06th day of April two thousand and eighteen.*

Brendan W. Fitzgerald
Executive Deputy Secretary of State

*201804090173 * 93*

# Exhibit 2

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "S&P GLOBAL MARKET INTELLIGENCE INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINTH DAY OF APRIL, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "S&P GLOBAL MARKET INTELLIGENCE INC." WAS INCORPORATED ON THE TWENTY-SIXTH DAY OF JANUARY, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

3165692  8300

SR# 20182526752

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202475352

Date: 04-09-18

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 10, 2018.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

F00041700079



# APPLICATION FOR AUTHORITY

## OF

### CapitalKey Advisors, Inc.

(Under Section 1304 of the Business Corporation Law)

**FIRST**: The name of the corporation is:

CapitalKey Advisors, Inc.

**SECOND**: The jurisdiction of incorporation of the corporation is the State of Delaware. The date of incorporation of the corporation is January 26, 2000.

**THIRD**: The business which the corporation proposes to do in the State of New York is as follows:

To engage in any act or activity permitted by the laws of the State of Delaware for which corporations may be organized under the Business Corporation Law of the State of New York, provided that the corporation is not to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**FOURTH**: The office of the corporation in the State of New York is to be located in the County of New York.

**FIFTH**: The Secretary of State of the State of New York is designated as the agent of the corporation upon whom process against the corporation may be served. The post office address within or without the State of New York to which the Secretary of State of the State of New York shall mail a copy of any process against the corporation served upon said Secretary of State is:

> Corporation Service Company
> 80 State Street
> Albany, NY 12207-2543

**SIXTH**: The corporation has not, since its incorporation, engaged in any activity in the State of New York except as set forth in paragraph (b) of Section 1301 of the Business Corporation Law.

1

      IN WITNESS WHEREOF, I have subscribed this document on the date set forth below and do hereby affirm, under the penalties of perjury, that the statements contained therein have been examined by me and are true and correct.

Date:  April 13, 2000

Neal Goldman
Chief Executive Officer

2

State of Delaware

PAGE 1

# Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "CAPITALKEY ADVISORS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTEENTH DAY OF APRIL, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

_Edward J. Freel_, Secretary of State

3166692 8300

001191080

3

AUTHENTICATION: 0381468

DATE: 04-14-00

F0004170000079

CSC 45

APPLICATION FOR AUTHORITY

OF

CapitalKey Asvisors, Inc.

Section 1304 of the Business Corporation Law

FILED

Apr 17  9 28 AM '00

Filer:  Proskauer Rose Llp
        1585 Broadway
        New York, NY  10036-8299
Cust. Ref#662579CST

DRAWDOWN

RECEIVED
APR 14  2 12 PM '00

I cc

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED APR 1 7 2000
TAX $
BY:  JPB
New York

4

000417000083

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 10, 2018.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

F 0012010003**78**

# CERTIFICATE OF AMENDMENT

**CSC 45**

## OF

# APPLICATION FOR AUTHORITY

## OF

# CAPITALKEY ADVISORS, INC.

(Under Section 1309 of the Business Corporation Law)

**FIRST:** The name of the corporation as said name appears on the index of names of existing domestic and foreign corporations of any type or kind in the New York Department of State, Bureau of Corporations, is

CapitalKey Advisors, Inc. (the, "Corporation")

**SECOND:** The jurisdiction of incorporation of the Corporation is the State of Delaware. The date of incorporation of the Corporation is January 26, 2000.

**THIRD:** The date the Corporation was authorized to do business in the State of New York was April 17, 2000.

**FOURTH:** The changes in the Application of Authority hereby effected is as follows:

The change of the name of the Corporation herein stated was effected under the laws of the jurisdiction of incorporation of the Corporation on October 31, 2000 changing the name of the Corporation from CapitalKey Advisors, Inc. to Capital IQ, Inc.

**IN WITNESS WHEREOF,** I have subscribed this document on the date set forth below and do hereby affirm, under the penalties of perjury, that the statements contained therein have been examined by me and are true and correct.

Date: November 11, 2000

Name:  Neal Goldman
Title:  Chief Executive Officer

Case 2:18-cv-01105-JAT Document 1-4 Filed 04/11/18 Page 18 of 30

F-001201000378

CSC 45

# CERTIFICATE OF AMENDMENT
## OF THE
## APPLICATION OF AUTHORITY
### OF
## CapitalKey Advisors, Inc.

(UNDER SECTION 1309 OF THE BUSINESS CORPORATION LAW)

FILED

Dec 1 12 34 PM '00

1-cc

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED DEC 0 1 2000
TAX $ 0
BY: J.W.

NEW YORK

NOV 30 12 34 PM '00

PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NEW YORK 10036

Cwither 910712 NPS

2

001201000388

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 10, 2018.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

151224000480

**CT-07**

## CERTIFICATE OF MERGER OF

## MONEY MARKET DIRECTORIES, INC.

## INTO

## CAPITAL IQ, INC.

### UNDER SECTION 907 OF THE BUSINESS CORPORATION LAW

1.      (a)  The name of each constituent corporation is as follows:

| Name | State of Organization |
|------|----------------------|
| Capital IQ, Inc. | Delaware |
| Money Market Directories, Inc. | New York |

(b)  The name of the surviving corporation is Capital IQ, Inc.

(c)  The original name of Capital IQ, Inc., under which Capital IQ, Inc. was formed, was Capitalkey Advisors, Inc.

2.      As to each constituent corporation, the designation and number of outstanding shares of each class and series and the voting rights thereof are as follows:

Money Market Directories, Inc.

| Designation of each outstanding class and series of shares | Number of outstanding shares of each class and series | Class and series of shares entitled to vote | Classes and series of shares entitled to vote as a class |
|---|---|---|---|
| Common Stock | 1,000 | Common Stock | Common Stock |

Capital IQ, Inc.

| Designation of each outstanding class and series of shares | Number of outstanding shares of each class and series | Class and series of shares entitled to vote | Classes and series of shares entitled to vote as a class |
|---|---|---|---|
| Common Stock | 1,000 | Common Stock | Common Stock |

3.      The merger was authorized with respect to Money Market Directories, Inc. in the following manner: An agreement of merger was adopted by the board of directors of Money Market Directories, Inc. by written consent on December 21, 2015 by the unanimous vote of the board of directors. The board submitted the agreement of merger to a vote of shareholders. The agreement was adopted by written consent of the sole shareholder of

DM_US 67384053-4.022759.0037

Money Market Directories, Inc.

4.      The merger is permitted by the laws of the jurisdiction of each constituent foreign corporation and is in compliance therewith.

5.      The surviving corporation shall be Capital IQ, Inc., a corporation of the State of Delaware, incorporated on the 26th day of January, 2000, and which filed its application for authority to do business in the State of New York on the 17th day of April, 2000.

6.      The date when the certificate of incorporation of Money Market Directories, Inc. was filed by the Department of State was the 13th day of October, 1970.

7.      Capital IQ, Inc. agrees that it may be served with process in the State of New York in any action or special proceeding for the enforcement of any liability or obligation of any domestic constituent corporation or of any foreign constituent corporation previously amendable to suit in the State of New York, and for the enforcement under the Business Corporation Law, of the right of shareholders of any constituent domestic corporation to receive payment for their shares against the surviving corporation; and it designates the Secretary of State of New York as its agent upon whom process against it may be served in the manner set forth in paragraph (b) of Section 306 of the Business Corporation Law, in any action or special proceeding. The post office address to which the Secretary of State shall mail a copy of any process against it served upon him is 55 Water Street, New York NY 10041, United States.

8.      Capital IQ, Inc. agrees that, subject to the provision of Section 623 of the Business Corporation Law, it will promptly pay to the shareholders of each constituent domestic corporation the amount, if any, to which they shall be entitled under the provisions of the Business Corporation Law, relating to the right of the shareholders to receive payment for their shares.

9.      (a) Money Market Directories, Inc. hereby certifies that all fees and taxes, including penalties and interest, administered by the Department of Taxation and Finance of the State of New York which are now due and payable by Money Market Directories, Inc. have been paid and that a cessation franchise tax report, estimated or final, through the anticipated date of the merger has been filed by Money Market Directories, Inc. The said report, if estimated, is subject to amendment.

        (b) Capital IQ, Inc. hereby agrees that it will within 30 days after the filing of the certificate of merger file the cessation franchise tax report, if an estimated report was previously filed, and promptly pay to the Department of Taxation and Finance of the State of New York all fees and taxes, including penalties and interest, if any, due to the Department of Taxation and Finance by Money Market Directories, Inc.

10.     The merger shall be effective on the 1st day of January, 2016.

*(signature page follows)*

IN WITNESS WHEREOF, each constituent corporation has caused this certificate to be signed by an authorized officer this 21st day of December, 2015

CAPITAL IQ, INC.

By _Peter Scheschuk_

Name: Peter Scheschuk
Title: Vice President

MONEY MARKET DIRECTORIES, INC.

By _____

Name: David Pearce
Title: Vice President

[SIGNATURE PAGE TO CERTIFICATE OF MERGER]

CT-07

480

# CERTIFICATE OF MERGER

## OF

## MONEY MARKET DIRECTORIES, INC.

## INTO

## CAPITAL IQ, INC.

Under Section 907 of the BUSINESS CORPORATION LAW

FILED

2015 DEC 24  PM 1:51

RECEIVED

2015 DEC 23  PM 4:12

ICC

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   DEC 2 4 2015
TAX $
BY:

Filed by:   Capital IQ, Inc.
c/o McGraw Hill Financial
55 Water Street
New York, NY  10041

518

CstRf 9521766cas

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 10, 2018.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

**NEW YORK** STATE OF OPPORTUNITY. | **Division of Corporations, State Records and Uniform Commercial Code**

CT-07

**16 0 9 0 8 0 0 0** 985

New York State
**Department of State**
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF AMENDMENT
# OF

Capital IQ, Inc.
_____

*(Insert Name of Foreign Corporation)*
Under Section 1309 of the Business Corporation Law

**FIRST:** The name of the corporation as it appears on the index of names in the Department of State is: Capital IQ, Inc.

*(Complete the following section only if the corporation has agreed to use a fictitious name in New York State.)* The fictitious name the corporation has agreed to use in New York State is:

_____

**SECOND:** The jurisdiction of incorporation of the corporation is:

Delaware

**THIRD:** The date on which the corporation was authorized to do business in New York State is:

April 17, 2000

**FOURTH:** The Application for Authority is amended as follows:

*(If the true name of the foreign corporation has been changed, set forth a statement that the change of name has been effected under the laws of the jurisdiction of incorporation and the date the change was so effected.)*

Paragraph One _____ of the Application for Authority is amended to read in its entirety as follows:

The change of the name of the Corporation herein stated was effected under the laws of the state of Delaware on July 1, 2016 changing the name of the Corporation from Capital IQ, Inc. to S&P Global Market Intelligence Inc.

DOS-1559-f (Rev. 03/16)
NY014 - 4/13/2016 Wolters Kluwer Online

Page 1 of 2

CT-07

Paragraph_____ of the Application for Authority is amended to read in its entirety as follows:

985

X _Katherine Brennan_          Katherine J. Brennan
      *(Signature)*                              *(Name of Signer)*

                                         Vice President
                                                    *(Title of Signer)*

## CERTIFICATE OF AMENDMENT
## OF

ICC

Capital IQ, Inc.
_____
*(Insert Name of Foreign Corporation)*
Under Section 1309 of the Business Corporation Law

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**

Filer's Name:  S&P Global

FILED   SEP 0 8 2016

TAX $

Address:  55 Water Street- 37th Floor

BY:  KT

City, State and Zip Code:  New York, New York 10041

CstRJ 101452860S

NOTES:
1. The name of the corporation and the date it was authorized to conduct business in New York State provided on this certificate must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
3. The Department of State recommends that all documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $60 filing fee.

*For Office Use Only*

DRAWDOWN

1024

# *EXHIBIT D*

1  |  **QUARLES & BRADY LLP**
   |  C. Bradley Vynalek (#020051)
2  |  Lauren Elliott Stine (#025083)
   |  Kyle T. Orne (#032438)
3  |  Renaissance One
   |  Two North Central Ave.
4  |  Phoenix, AZ 85004-2391
   |  Tel: (602) 229-5200
5  |  brad.vynalek@quarles.com
   |  lauren.stine@quarles.com
6  |  Kyle.orne@quarles.com

7  |  **JASSY VICK CAROLAN LLP**
   |  Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
8  |  601 Montgomery Street, Suite 850
   |  San Francisco, California  94111
9  |  Tel: (415) 539-3399
   |  dcarolan@jassyvick.com
10 |
   |  Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
11 |  Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)
   |  800 Wilshire Blvd., Suite 800
12 |  Los Angeles, California 90017
   |  Tel: (310) 870-7048
13 |  jpjassy@jassyvick.com
   |  kvick@jassyvick.com
14 |
   |  Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence
15 |  Inc., Kiah Lau Haslett and Zach Fox

16 |           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

17 |              IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JUSTINE HURRY, an individual; SCOTTSDALE CAPITAL ADVISORS CORP., an Arizona corporation, | NO. CV2018-002465 |
| | **NOTICE OF REMOVAL** |
| Plaintiffs, | |
| vs. | (Assigned to the Hon. Christopher Whitten) |
| S&P GLOBAL, INC., a New York corporation; S&P GLOBAL MARKET INTELLIGENCE, INC., a New York corporation; KIAH LAU HASLETT, an individual; ZACH FOX, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

27 |     **TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND THE**

28 |  **CLERK OF THE MARICOPA COUNTY SUPERIOR COURT:**

1         PLEASE TAKE NOTICE that on April 11, 2018, Defendants S&P Global Inc.,

2    S&P Global Market Intelligence Inc., Kiah Lau Haslett, and Zach Fox (the "Removing

3    Defendants") filed for removal of the above-captioned action to the United States District

4    Court for the District of Arizona (the "Federal Court"), which will complete the removal

5    of Plaintiffs' action number CV2018-002465, pursuant to 28 U.S.C. §§ 1332, as well as

6    Sections 1441 and 1446.  A copy of the Notice of Removal that was filed in the Federal

7    Court (without exhibits) is attached hereto as Exhibit "1".  Therefore, the Removing

8    Defendants having taken all steps to effect removal of this case, and this Court may

9    proceed no further unless or until the case is remanded by Order of the Federal Court.  *See*

10   28 U.S.C. § 1446(d).

11        The Removing Defendants further certify that Plaintiffs have been notified of this

12   removal and served with a copy of the Notice of Removal.

13        DATED this 11th day of April, 2018.

14                     QUARLES & BRADY LLP

15                     By  */s/ C. Bradley Vynalek*

16                        C. Bradley Vynalek
                          Lauren Elliott Stine

17                        Kyle T. Orne

18                     JASSY VICK CAROLAN LLP
                       Duffy Carolan

19                     Jean-Paul Jassy
                       Kevin Vick

20                     Attorneys for Defendants S&P Global Inc., S&P
                       Global Market Intelligence Inc., Kiah Lau Haslett,

21                     Zach Fox

22

23   **EFILED** with the Clerk of the Court and COPY mailed this 11th day of April, 2018, to:

24   Monica Limon-Wynn (019174)
     Limon-Wynn Law, PLLC

25   1400 East Southern Avenue, #915
     Tempe, AZ  85282-8008

26   Attorneys for Plaintiff

27

28

Charles J. Harder (pro hac)
Jordan Susman (pro hac)
Harder LLP
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA  90067
Attorneys for Plaintiff


_____*/s/ Kim Simmons*_____