| | |
|---|---|
| 1 | **QUARLES & BRADY LLP** |
| | C. Bradley Vynalek (#020051) |
| 2 | Lauren Elliott Stine (#025083) |
| | Kyle T. Orne (#032438) |
| 3 | Renaissance One |
| | Two North Central Ave. |
| 4 | Phoenix, AZ 85004-2391 |
| | Tel: (602) 229-5200 |
| 5 | brad.vynalek@quarles.com |
| | lauren.stine@quarles.com |
| 6 | Kyle.orne@quarles.com |

7  **JASSY VICK CAROLAN LLP**
Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
8  601 Montgomery Street, Suite 850
San Francisco, California 94111
9  Tel: (415) 539-3399
dcarolan@jassyvick.com
10
Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
11 Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)
800 Wilshire Blvd., Suite 800
12 Los Angeles, California 90017
Tel: (310) 870-7048
13 jpjassy@jassyvick.com
kvick@jassyvick.com
14
Attorneys for Defendants S&P Global Inc., S&P Global Market
15 Intelligence Inc., Kiah Lau Haslett and Zach Fox

16                     IN THE UNITED STATES DISTRICT COURT

17                              DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation, | NO. |
| | (Formerly Maricopa County Superior Court Case No. CV2018-002465 |
| Plaintiffs, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT OF S&P GLOBAL INC.** |
| S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive, | |
| Defendants. | |

27   This Corporate Disclosure Statement is filed on behalf of Defendant S&P Global

28 Inc., in compliance with the provisions of:

QB\167469.00001\51609762.1

|   |   |
|---|---|
| 1 |   __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate |
| 2 | party to an action in a district court must file a statement that identifies any |
| 3 | parent corporation and any publicly held corporation that owns 10% or more |
| 4 | of its stock or state that there is no such corporation. |
| 5 | _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental |
| 6 | corporate party to a proceeding in a district court must file a statement that |
| 7 | identifies any parent corporation and any publicly held corporation that owns |
| 8 | 10% or more of its stock or states that there is no such corporation. |
| 9 | _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational |
| 10 | victim of alleged criminal activity is a corporation the government must file |
| 11 | a statement identifying the victim and the statement must also disclose the |
| 12 | information required by Rule 12.4(a)(1). |

The filing party hereby declares as follows:

  __X__  No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

_____ Other (please explain)

/ / /

/ / /

2

DATED this 11th day of April, 2018.

      QUARLES & BRADY LLP

      By   */s/ C. Bradley Vynalek*
          C. Bradley Vynalek
          Lauren Elliott Stine
          Kyle T. Orne

      JASSY VICK CAROLAN LLP
      Duffy Carolan
      Jean-Paul Jassy
      Kevin Vick

      Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett, Zach Fox

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, a copy of the foregoing document was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Caser Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF. A copy of the foregoing document was also mailed this date to the following:

      Monica Limon-Wynn (019174)
      Limon-Wynn Law, PLLC
      1400 East Southern Avenue, #915
      Tempe, AZ  85282-8008
      Attorneys for Plaintiff

      Charles J. Harder (pro hac)
      Jordan Susman (pro hac)
      Harder LLP
      132 South Rodeo Drive, 4th Floor
      Beverly Hills, CA  90067
      Attorneys for Plaintiff

      */s/ Kim Simmons*

QB\167469.00001\51609762.1