1  **QUARLES & BRADY LLP**
C. Bradley Vynalek (#020051)
2  Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
3  Renaissance One
Two North Central Ave.
4  Phoenix, AZ 85004-2391
Tel: (602) 229-5200
5  brad.vynalek@quarles.com
lauren.stine@quarles.com
6  Kyle.orne@quarles.com

7  **JASSY VICK CAROLAN LLP**
Duffy Carolan (SBN 154988) (*Pro Hac Vice Application Pending*)
8  601 Montgomery Street, Suite 850
San Francisco, California 94111
9  Tel: (415) 539-3399
dcarolan@jassyvick.com
10
Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice Admission Pending*)
11  Kevin L. Vick (SBN 220738) (*Pro Hac Vice Admission Pending*)
800 Wilshire Blvd., Suite 800
12  Los Angeles, California 90017
Tel: (310) 870-7048
13  jpjassy@jassyvick.com
kvick@jassyvick.com
14
Attorneys for Defendants S&P Global Inc., S&P Global Market
15  Intelligence Inc., Kiah Lau Haslett and Zach Fox

16                    IN THE UNITED STATES DISTRICT COURT
17                              DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>            Defendants. | NO.<br><br>(Formerly Maricopa County Superior Court Case No. CV2018-002465<br><br>**CORPORATE DISCLOSURE STATEMENT OF S&P GLOBAL MARKET INTELLIGENCE INC.** |

27      This Corporate Disclosure Statement is filed on behalf of Defendant S&P Global
28  Market Intelligence Inc., in compliance with the provisions of:

QB\167469.00001\51609913.1

1      __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate
2      party to an action in a district court must file a statement that identifies any
3      parent corporation and any publicly held corporation that owns 10% or more
4      of its stock or state that there is no such corporation.
5      _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental
6      corporate party to a proceeding in a district court must file a statement that
7      identifies any parent corporation and any publicly held corporation that owns
8      10% or more of its stock or states that there is no such corporation.
9      _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational
10     victim of alleged criminal activity is a corporation the government must file
11     a statement identifying the victim and the statement must also disclose the
12     information required by Rule 12.4(a)(1).
13     The filing party hereby declares as follows:
14     _____ No such corporation.
15     __X__ Party is a parent, subsidiary or other affiliate of a publicly owned
16     corporation as listed below:
17     Defendant S&P Global Market Intelligence Inc. is a wholly-owned
18     subsidiary of Defendant S&P Global Inc.
19     _____ Publicly held corporation, not a party to the case, with a financial
20     interest in the outcome.
21     _____ Other (please explain)
22     / / /
23     / / /
24
25
26
27
28

QB\167469.00001\51609913.1

DATED this 11th day of April, 2018.

QUARLES & BRADY LLP

By  */s/ C. Bradley Vynalek*
    C. Bradley Vynalek
    Lauren Elliott Stine
    Kyle T. Orne

JASSY VICK CAROLAN LLP
Duffy Carolan
Jean-Paul Jassy
Kevin Vick

Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett, Zach Fox

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, a copy of the foregoing document was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Caser Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF. A copy of the foregoing document was also mailed this date to the following:

> Monica Limon-Wynn (019174)
> Limon-Wynn Law, PLLC
> 1400 East Southern Avenue, #915
> Tempe, AZ  85282-8008
> Attorneys for Plaintiff
>
> Charles J. Harder (pro hac)
> Jordan Susman (pro hac)
> Harder LLP
> 132 South Rodeo Drive, 4th Floor
> Beverly Hills, CA  90067
> Attorneys for Plaintiff

*/s/ Kim Simmons*

3

QB\167469.00001\51609913.1