1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

7                    IN THE UNITED STATES DISTRICT COURT
8                         FOR THE DISTRICT OF ARIZONA
9

10                                            )
11                                            )
                                              )
12         Plaintiff,                         )
                                              )     **Case No.**
13         vs.                                )
                                              )     **Corporate Disclosure Statement**
14                                            )
                                              )
15         Defendant.                         )
                                              )
16  _____ )

17

18       This Corporate Disclosure Statement is filed on behalf of _____
19  in compliance with the provisions of: *(check one)*
         ____   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20              action in a district court must file a statement that identifies any parent corporation
21              and any publicly held corporation that owns 10% or more of its stock or states that
                there is no such corporation.
22       ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23              party to a proceeding in a district court must file a statement that identifies any
                parent corporation and any publicly held corporation that owns 10% or more of its
24              stock or states that there is no such corporation.
25       ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26              alleged criminal activity is a corporation the government must file a statement
27              identifying the victim and the statement must also disclose the information required
                by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

____  No such corporation.

____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____  Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service: