# *EXHIBIT A*

| | |
|---|---|
| 1 | **QUARLES & BRADY LLP** |
| | C. Bradley Vynalek (#020051) |
| 2 | Lauren Elliott Stine (#025083) |
| | Kyle T. Orne (#032438) |
| 3 | Renaissance One |
| | Two North Central Ave. |
| 4 | Phoenix, AZ 85004-2391 |
| | Tel: (602) 229-5200 |
| 5 | brad.vynalek@quarles.com |
| | lauren.stine@quarles.com |
| 6 |  Kyle.orne@quarles.com |
| 7 | **JASSY VICK CAROLAN LLP** |
| | Duffy Carolan (SBN 154988) (*Pro Hac Vice*) |
| 8 | 601 Montgomery Street, Suite 850 |
| | San Francisco, California  94111 |
| 9 | Tel: (415) 539-3399 |
| | dcarolan@jassyvick.com |
| 10 | |
| | Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice*) |
| 11 | Kevin L. Vick (SBN 220738) (*Pro Hac Vice*) |
| | 800 Wilshire Blvd., Suite 800 |
| 12 | Los Angeles, California 90017 |
| | Tel: (310) 870-7048 |
| 13 | jpjassy@jassyvick.com |
| | kvick@jassyvick.com |
| 14 | |
| 15 | Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zach Fox |

16  IN THE UNITED STATES DISTRICT COURT

17  DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 18 | | |
| 19 | Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation, | NO. 2:18-cv-01105-JAT |
| 20 | | (Formerly Maricopa County Superior Court Case No. CV2018-002465 |
| 21 | Plaintiffs, | |
| 22 | vs. | **CERTIFICATE OF CONSULTATION** |
| 23 | S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive, | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |

1  Pursuant to LRCiv. 12.1(c), undersigned counsel certifies that on April 11, 2018, counsel for the parties conferred by phone before the filing of this motion.  During the call, counsel for Defendants notified Plaintiffs' counsel of the issues asserted in the instant motion, but the parties were unable to agree that the Complaint was curable in any part by a permissible amendment.

RESPECTFULLY SUBMITTED this 18 day of April, 2018.

JASSY VICK CAROLAN LLP

By: /s/ *Duffy Carolan*
    Duffy Carolan
    Jean-Paul Jassy
    Kevin Vick

QUARLES & BRADLEY LLP
C. Bradley Vynalek
Lauren Elliott Stine
Kyle Orne

Attorneys for Defendants
S&P Global, Inc., S&P Global Market Intelligence, Inc., Kiah Lau Haslett, Zach Fox