# *EXHIBIT B*

# CHART OF APPLICABLE DEFENSES

| # | Statement | Truth | Privileged | Not of or concerning Hurry | Not of or concerning SCA | Not Objective Fact |
|---|---|---|---|---|---|---|
| 1(¶35a) Count I | Ms. Hurry "co-owns a broker/dealer that was subject to a ruling for poor anti-money-laundering compliance" | X | X | X | | |
| 2(¶35b) Count I | "The U.S. Securities and Exchange Commission has brought several cases against clients of the three Hurry-owned companies" | X | X | X | X | |
| 3(¶35c) Count I | "Financial regulators have filed enforcement action(s) regarding inadequate anti-money laundering compliance at SCA" | X | X | X | | |
| 1(¶43a) Count II | Ms. Hurry lacks "integrity" | X | | | NA-SCA not a Plaintiff to Count II | X |
| 2(¶43b) Count II | "The SEC has brought cases against clients of three companies owned by Ms. Hurry" | X | X | X | NA-SCA not a Plaintiff to Count II | |
| 3(¶43c) Count II | Ms. Hurry lacks "good character" | X | | | NA-SCA not a Plaintiff to Count II | X |
| 4(¶43d) Count II | "Ms. Hurry has been involved in 'pump-and-dumps' of penny stocks" | | | X | NA-SCA not a Plaintiff to Count II | |