Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282-8008
Telephone: (480) 946-0680
Facsimile: (888) 893-9698
mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

Charles J. Harder (Admitted *pro hac vice*)
Jordan Susman (Admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone: (424) 203-1600
CHarder@harderllp.com
JSusman@harderllp.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>                    Defendants. | No. 2:18-CV-01105-PHX-JAT<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SCOTTSDALE CAPITAL ADVISORS CORP.** |

{00092076;1}

This Corporate Disclosure Statement is filed on behalf of Plaintiff Scottsdale Capital Advisors Corp. in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____

Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. *(Attach additional pages if needed.)*

{00092076;1}

_____

Relationship _____

☐ Other (please explain)

DATED this 15th day of May, 2018.

                                LIMÓN-WYNN LAW, PLLC

                                By  /s/ Monica A. Limón-Wynn
                                    Monica A. Limón-Wynn
                                    Tempe City Center
                                    1400 East Southern Avenue, Suite 915
                                    Tempe, Arizona  85282-8008

                                – and –

                                Charles J. Harder
                                Jordan Susman
                                HARDER LLP
                                132 S. Rodeo Drive, Fourth Floor
                                Beverly Hills, California 90212

                                Attorneys for Plaintiffs Justine Hurry and
                                Scottsdale Capital Advisors Corp.

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680

{00092076;1}

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to:

C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne
QUARLES & BRADLEY LLP
Renaissance One Two North Central Ave.
Phoenix, Arizona 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Duffy Carolan
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
dcarolan@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Jean-Paul Jassy
Kevin L. Vick
JASSY VICK CAROLAN LLP
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
jpjassy@jassyvick.com
kvick@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

　　　　　　　　　　　　　　　　　　　/s/ Joanna Thomason

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680

{00092076;1}