| | |
|---|---|
| 1 | **QUARLES & BRADY LLP**<br>C. Bradley Vynalek (#020051) |
| 2 | Lauren Elliott Stine (#025083) |
| 3 | Kyle T. Orne (#032438)<br>Renaissance One |
| 4 | Two North Central Ave.<br>Phoenix, AZ 85004-2391 |
| 5 | Tel: (602) 229-5200<br>brad.vynalek@quarles.com |
| 6 | lauren.stine@quarles.com<br>Kyle.orne@quarles.com |
| 7 | **JASSY VICK CAROLAN LLP** |
| 8 | Duffy Carolan (SBN 154988) (*Pro Hac Vice*)<br>601 Montgomery Street, Suite 850 |
| 9 | San Francisco, California 94111<br>Tel: (415) 539-3399 |
| 10 | dcarolan@jassyvick.com |
| 11 | Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice*)<br>Kevin L. Vick (SBN 220738) (*Pro Hac Vice*) |
| 12 | 800 Wilshire Blvd., Suite 800<br>Los Angeles, California 90017 |
| 13 | Tel: (310) 870-7048<br>jpjassy@jassyvick.com |
| 14 | kvick@jassyvick.com |
| 15 | Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zach Fox |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | NO. 2:18-cv-01105-JAT<br><br>**NOTICE OF SERVICE OF DEFENDANTS' MANDATORY INITIAL DISCOVERY PILOT PROJECT RESPONSES UNDER GENERAL ORDER 17-08** |

QB\167469.00001\52161197.1

1 | Pursuant to the Court's General Order 17-08, Defendants hereby give notice that Defendants have served their Mandatory Initial Discovery Pilot Project Responses on Plaintiffs by first-class U.S. mail on May 18, 2018.

RESPECTFULLY SUBMITTED this 18 day of May, 2018.

JASSY VICK CAROLAN LLP

By: /s/ *Duffy Carolan*
  Duffy Carolan
  Jean-Paul Jassy
  Kevin Vick

QUARLES & BRADLEY LLP
  C. Bradley Vynalek
  Lauren Elliott Stine
  Kyle Orne

Attorneys for Defendants
S&P Global, Inc., S&P Global Market Intelligence, Inc., Kiah Lau Haslett, Zach Fox

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica Limón-Wynn
Limón-Wynn Law, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona  85282
Milmon-wynn@mlwlawaz.com

Charles J. Harder (*pro hac vice*)
Jordan Susman (*pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90067
CHarder@harderllp.com
JSusman@harderllp.com

Attorneys for Plaintiffs

                                               /s/     *Duffy Carolan*