Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282-8008
Telephone: (480) 946-0680
Facsimile: (888) 893-9698
mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

Charles J. Harder (Admitted *pro hac vice*)
Jordan Susman (Admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone: (424) 203-1600
CHarder@harderllp.com
JSusman@harderllp.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>Defendants. | No. 2:18-CV-01105-PHX-JAT<br><br>**JOINT CASE MANAGEMENT REPORT** |

Pursuant to the Court's Order Setting a Rule 16 Scheduling Conference (Doc. 10) for Wednesday, May 30, 2018 at 1:30 p.m., the parties hereby submit the following Joint Case Management Report:

Attorneys for Plaintiffs, Jordan Susman and Monica A. Limón-Wynn, and attorneys for Defendants, Kyle T. Orne and Duffy Carolan, held a conference call on May 8, 2018 for their Rule 26(f) conference. Each of these attorneys assisted in the development of this Joint Case Management Report.

### 1. The nature of the case, setting forth in brief statements the factual and legal basis of plaintiff's claims and defendant's defenses.

**Plaintiffs' Statement**

This action arises from Defendants' publication of false, defamatory, and highly misleading statements regarding Plaintiffs.

Plaintiff Justine Hurry ("Ms. Hurry") is an accomplished and independently successful entrepreneur and businesswoman with ventures in a number of industries including finance, real estate, aerospace, defense, and technology.  Ms. Hurry also is a Strategic Advisor to plaintiff Scottsdale Capital Advisors Corp. ("SCA"), a well-regarded and very successful securities broker-dealer.

On January 23, 2018, Defendants published an article ("Article") on the website of S&P Global that (1) falsely stated that Ms. Hurry owns a broker-dealer of securities that was subject to a ruling for poor anti-money laundering compliance; (2) falsely stated that the SEC has brought actions against three companies purportedly owned by Ms. Hurry; (3) falsely portrayed SCA as having had a FINRA ruling against it relating to anti-money laundering compliance; (4) falsely and misleadingly attacked Ms. Hurry's integrity and good character; (5) falsely accused Ms. Hurry of involvement in the "pump-and-dump" of penny stocks.

Prior to publication of the story, Defendants informed Ms. Hurry of their intent to write a story, but refused to provide her with sufficient information about the contents of

story on which to comment, thereby evidencing Defendants' negative agenda and reckless disregard for the truth.

**Defendants' Statement**

S&P Market Intelligence is a content, data and information services company that, among other things, provides hundreds of timely news stories relevant to the following sectors: financial institutions, macroeconomic & policy, insurance, healthcare, real estate, consumer, energy, metals & mining, technology, media, and telecommunications, and more. This action stems from Market Intelligence's news reporting about Justine Hurry's application to own a controlling interest in a small Missouri bank-Bank of Orrick. The Article was co-authored by Defendants Kiah Haslett and Zachary Fox. Because regulators take into consideration an applicant's background, the Article discusses official records pertaining to Plaintiffs' regulatory history and the regulatory history of companies she owns or controls with her husband John Hurry.

Each of the three allegedly defamatory statements upon which the complaint is based (and referenced above 1-3) are substantially true and accurately and fairly describe official records pertaining to Plaintiffs' regulatory history. Thus, they are fully protected under the First Amendment of the United Stated Constitution and fair and accurate report privilege recognized under Arizona law. Specifically, the Financial Industry Regulatory Authority ("FINRA") has in fact made findings against both Plaintiffs Scottsdale Capital Advisors Corp. and Justine Hurry for poor anti-money laundering compliance; and the Security Exchange Commission ("SEC") has in fact brought actions against clients of at least two broker-dealers owned or controlled by Ms. Hurry. The remaining statements are either non-actionable because they are incapable of being proven true or false or the published statements are not reasonably susceptible to the interpretation offered by Plaintiffs, among other defenses.

**2.     The jurisdictional basis of the case, citing specific statutes.**

Plaintiffs commenced this action in the Maricopa County Superior Court of the State of Arizona on March 8, 2018. Defendants removed the action on April 11, 2018 pursuant to 28 U.S.C. § 1332(a) contending that the parties are citizens of and domiciled in different states and that the amount in controversy exceeds $75,000 (exclusive of attorneys' fees and costs). Plaintiffs are domiciled in the State of Arizona. Defendant S&P Global Inc. is a New York corporation with a principal place of business in New York. Defendant S&P Global Market Intelligence, Inc. is a Delaware corporation with its principal place of business in New York. Defendants Kiah Lau Haslett and Zachary Fox are domiciled in the State of Virginia. Plaintiffs seek damages in excess of $75,000.00.

Defendants have raised lack of personal jurisdiction as a defense in their Answer and contend that each of them lack the minimum contacts with the forum state necessary to exercise personal jurisdiction over them.

**3.     The parties, if any, which have not been served, as well as any parties which have not filed an answer or other appearance.**

All parties have been served. Defendants answered the Complaint and filed a Motion to Dismiss on April 18, 2018. The Motion to Dismiss was fully briefed as of May 9, 2018.

Accompanying this Joint Report is a proposed form of order that dismisses the unnamed Doe defendants without prejudice.

**4.     The names of parties not subject to the Court's jurisdiction.**

Defendants have reserved the right to challenge the Court's personal jurisdiction over any of the Defendants.

**5.     Whether the case is suitable for reference to arbitration, to a special master, or to a United States Magistrate Judge for trial, and, if so, whether the parties consent to trial before a Magistrate Judge.**

No.

**6. The status of related cases pending before other judges of this Court or before other courts.**

Plaintiffs contend that there are no related cases pending before judges of this Court or before any other court. Defendants contend that this matter is related to a case pending before this Court involving the same claims (defamation and false light invasion of privacy), some of the same parties and stems from news reporting on some of the same regulatory proceedings: John J. Hurry and Justine Hurry et al. v. FINRA et al., United States District Court District of Arizona (14-cv-02490). Notice of this related case was included in Defendants' initial case filings.

**7. A description of the parties' discussions of the mandatory initial discovery responses, including any disputes.**

The parties discussed mandatory discovery responses, and plan to exchange documents pursuant to this Court's mandatory initial discovery procedures.

The parties recognize that there may be a dispute regarding Defendants' intent to assert press shield privileges.

**8. In lieu of Rule 26(a) initial disclosures, the parties must complete the mandatory initial discovery responses required by Gen. Ord. No. 17-08 (D. Ariz. Apr. 14, 2017) within the deadlines set within that Order.**

The parties agreed to complete their mandatory initial discovery responses within the deadlines set within this Court's General Order No. 17-08.

**9. The Parties propose the following deadlines:**

    **a.     Deadline to file any motion to amend the pleadings**:

July 19, 2018.

    **b.     Deadline to supplement the mandatory initial discovery responses pursuant to the General Order No. 17-08:**

January 25, 2019.

    **c.     Close of Fact Discovery:**

February 22, 2019.

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680

      **d.**    **Deadlines regarding expert witness testimony under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure:**

The deadline for Plaintiffs' expert witness disclosure under Rule 26(a)(2) is March 6, 2019; Defendants' deadline is April 5, 2019; and Plaintiffs' rebuttal disclosure deadline is April 19, 2019.  Depositions must be taken by May 17, 2019.

      **e.**    **Deadline to File Dispositive Motions:**

June 28, 2019.

**10.**    **Suggested changes, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure**

Defendants ask that the time limits on the depositions of Justine Hurry and John Hurry be waived. Plaintiffs oppose extending the time limit on the depositions of Justine Hurry and John Hurry.  Otherwise, no other changes are proposed.

**11.**    **The estimated date that the case will be ready for trial, the estimated length of trial, and any suggestions for shortening the trial**

November 4, 2019

Nine days.

The parties have no suggestions for shortening trial at this time.

**12.**    **Whether a jury trial has been requested and whether the request for a jury trial is contested.**

All parties have requested a jury trial.

**13.**    **The prospects for settlement, including (a) any request to have a settlement conference before another United States District Court Judge or a Magistrate Judge, or (b) other request of the Court for assistance in settlement efforts**

The parties have discussed settlement, and agree that assistance of the Court is not required at this time.

**14.   Modification of pretrial procedures due to the simplicity or complexity of the case, and any other matters which counsel believes will aid the Court in resolving this dispute in a just, speedy, and inexpensive manner.**

None at this time.

DATED this 18th day of May, 2018.

| LIMÓN-WYNN LAW, PLLC | QUARLES & BRADY LLP |
|---|---|
| By: /s/ Monica A. Limón-Wynn<br>    Monica A. Limón-Wynn<br>    Tempe City Center<br>    1400 East Southern Avenue, Suite 915<br>    Tempe, Arizona  85282-8008 | By: /s/ Duffy Carolan (w/permission)<br>    C. Bradley Vynalek<br>    Lauren Elliott Stine<br>    Kyle T. Orne<br>    Renaissance One<br>    Two North Central Avenue<br>    Phoenix, Arizona  85004 |
| – and – | – and – |
| Charles J. Harder<br>Jordan Susman<br>HARDER LLP<br>132 S. Rodeo Drive, Fourth Floor<br>Beverly Hills, California 90212 | Duffy Carolan<br>JASSY VICK CAROLAN LLP<br>601 Montgomery Street, Suite 850<br>San Francisco, California 94111 |
| Attorneys for Plaintiffs Justine Hurry and Scottsdale Capital Advisors Corp. | – and – |
| | Jean-Paul Jassy<br>Kevin L. Vick<br>JASSY VICK CAROLAN LLP<br>800 Wilshire Blvd., Suite 800<br>Los Angeles, California 90017 |
| | Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zack Fox |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to:

C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne
QUARLES & BRADY LLP
Renaissance One
Two North Central Ave.
Phoenix, Arizona 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Duffy Carolan
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
dcarolan@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Jean-Paul Jassy
Kevin L. Vick
JASSY VICK CAROLAN LLP
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
jpjassy@jassyvick.com
kvick@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

　　　　/s/ Monica A. Limón-Wynn
　　　　─────────────────────────

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680