1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>Defendants. | No. 2:18-CV-01105-PHX-JAT<br><br>**ORDER** |

Having reviewed the parties' Joint Case Management Report filed on May 18, 2018 in which the parties agreed that Does 1-10 may be dismissed from this action without prejudice,

IT IS HEREBY ORDERED dismissing Does 1-10 from this action without prejudice.