Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282-8008
Telephone: (480) 946-0680
Facsimile: (888) 893-9698
mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

Charles J. Harder (Admitted *pro hac vice*)
Jordan Susman (Admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone: (424) 203-1600
CHarder@harderllp.com
JSusman@harderllp.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>                    Defendants. | No. 2:18-CV-01105-PHX-JAT<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' RESPONSE TO THE MANDATORY INITIAL DISCOVERY REQUESTS** |

Plaintiffs Justine Hurry and Scottsdale Capital Advisors Corp. hereby give notice that they have served their Responses to the Mandatory Initial Discovery Requests upon Defendants S&P Global, Inc., S&P Global Market Intelligence, Inc., Kiah Lau Haslett, and Zach Fox, via U.S. First Class Mail, along with a courtesy copy sent via email correspondence.

DATED this 18th day of May, 2018.

                LIMÓN-WYNN LAW, PLLC

                By  /s/ Monica A. Limón-Wynn
                  Monica A. Limón-Wynn
                  Tempe City Center
                  1400 East Southern Avenue, Suite 915
                  Tempe, Arizona  85282-8008

                – and –

                Charles J. Harder
                Jordan Susman
                HARDER LLP
                132 S. Rodeo Drive, Fourth Floor
                Beverly Hills, California 90212

                Attorneys for Plaintiffs Justine Hurry and
                Scottsdale Capital Advisors Corp.

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to:

C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne
QUARLES & BRADLEY LLP
Renaissance One
Two North Central Ave.
Phoenix, Arizona 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Duffy Carolan
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
dcarolan@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Jean-Paul Jassy
Kevin L. Vick
JASSY VICK CAROLAN LLP
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
jpjassy@jassyvick.com
kvick@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

/s/ Joanna Thomason
An employee of Limón-Wynn Law, PLLC

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680