Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona  85282-8008
Telephone:  (480) 946-0680
Facsimile:  (888) 893-9698
mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

Charles J. Harder (Admitted *pro hac vice*)
Jordan Susman (Admitted *pro hac vice*)
Dilan A. Esper (Application for *pro hac vice* pending)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (424) 203-1600
CHarder@harderllp.com
JSusman@harderllp.com
DEsper@harderllp.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>　　　　　　　　Defendants. | No.  2:18-CV-01105-PHX-JAT<br><br>**NOTICE OF APPEARANCE OF COUNSEL DILAN A. ESPER FOR PLAINTIFFS JUSTINE HURRY AND SCOTTSDALE CAPITAL ADVISORS CORP.** |

**TO: The Clerk of the Court and All Parties of Record**

NOTICE IS HEREBY GIVEN that Dilan A. Esper of Harder LLP is appearing in this action as additional counsel of record for Plaintiffs Justine Hurry and Scottsdale Capital Advisors Corp. Mr. Esper joins his colleagues from Harder LLP who are Plaintiffs' counsel, Charles J. Harder and Jordan Susman, and Plaintiffs' local counsel, Monica A. Limón-Wynn of Limón-Wynn Law, PLLC. Mr. Esper will be promptly submitting an application for *pro hac vice* admission with this Court.

DATED this 22nd day of May, 2018.

          LIMÓN-WYNN LAW, PLLC

          By /s/ Monica A. Limón-Wynn
            Monica A. Limón-Wynn
            Tempe City Center
            1400 East Southern Avenue, Suite 915
            Tempe, Arizona 85282-8008

            – and –

            Charles J. Harder
            Jordan Susman
            Dilan A. Esper
            HARDER LLP
            132 S. Rodeo Drive, Fourth Floor
            Beverly Hills, California 90212

            Attorneys for Plaintiffs Justine Hurry and
            Scottsdale Capital Advisors Corp.

LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282
(480) 946-0680

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to:

C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne
QUARLES & BRADY LLP
Renaissance One
Two North Central Ave.
Phoenix, Arizona 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Duffy Carolan
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
dcarolan@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Jean-Paul Jassy
Kevin L. Vick
JASSY VICK CAROLAN LLP
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
jpjassy@jassyvick.com
kvick@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

/s/  Joanna Thomason
An employee of Limón-Wynn Law, PLLC