**QUARLES & BRADY LLP**
C. Bradley Vynalek (#020051)
Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
Renaissance One
Two North Central Ave.
Phoenix, AZ 85004-2391
Tel: (602) 229-5200
brad.vynalek@quarles.com
lauren.stine@quarles.com
Kyle.orne@quarles.com

**JASSY VICK CAROLAN LLP**
Duffy Carolan (SBN 154988) (*Pro Hac Vice*)
601 Montgomery Street, Suite 850
San Francisco, California 94111
Tel: (415) 539-3399
dcarolan@jassyvick.com

Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice*)
Kevin L. Vick (SBN 220738) (*Pro Hac Vice*)
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
Tel: (310) 870-7048
jpjassy@jassyvick.com
kvick@jassyvick.com

Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zach Fox

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>Defendants. | NO. 2:18-cv-01105-JAT<br><br>(Formerly Maricopa County Superior Court Case No. CV2018-002465<br><br>**STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the parties, by and through undersigned counsel, hereby stipulate and agree that discovery and disclosure in

1  this matter involves materials that are reasonably considered to be private, confidential,

2  trade secret, commercially-sensitive and/or proprietary in nature.  For that reason, the

3  parties jointly move this Court for entry of a protective order in the form submitted

4  herewith.

5       RESPECTFULLY SUBMITTED this 9th day of July, 2018.

| | |
|---|---|
| QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, Arizona 85004-2391<br>*Attorneys for Plaintiff/Counterdefendant* | JASSY VICK CAROLAN LLP<br>601 Montgomery Street, Suite 850<br>San Francisco, California  94111<br>*Attorneys for Plaintiff/Counterdefendant* |
| By  */s/ Kyle T. Orne*<br>    David E. Funkhouser III<br>    Kyle T. Orne | By  */s/ Duffy Carolan*<br>    Duffy Carolan |
| LIMÓN-WYNN LAW, PLLC<br>1400 East Southern Avenue, Suite 915<br>Tempe, Arizona  85282<br>*Attorneys for Plaintiffs* | HARDER LLP<br>132 South Rodeo Drive, Fourth Floor<br>Beverley Hills, CA  90067<br>*Attorneys for Plaintiffs* |
| By  */s/ Monica Limón-Wynn*<br>    Monica Limón-Wynn | By  */s/ Charles J. Harder*<br>    Charles J. Harder |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I sent the above document to Plaintiffs by email, as agreed to by the parties in advance, at the following email addresses:

    Monica Limón-Wynn
    Limón-Wynn Law, PLLC
    1400 East Southern Avenue, Suite 915
    Tempe, Arizona  85282
    Milmon-wynn@mlwlawaz.com

    Charles J. Harder (pro hac vice)
    Jordan Susman (pro hac vice)
    HARDER LLP
    132 S. Rodeo Drive, Fourth Floor
    Beverley Hills, CA 90067
    Charder@harderllp.com
    JSusman@harderllp.com

    Attorneys for Plaintiffs

                                                   */s/ Kim Simmons*