Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282-8008
Telephone: (480) 946-0680
Facsimile: (888) 893-9698
mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

Charles J. Harder (Admitted *pro hac vice*)
Jordan Susman (Admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
CHarder@harderllp.com
JSusman@harderllp.com
Attorneys for Plaintiffs Justine Hurry and
Scottsdale Capital Advisors Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>Defendants. | No.  2:18-CV-01105-PHX-JAT<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS UPON DEFENDANTS** |

Pursuant to LRCiv 5.2, Plaintiffs Justine Hurry and Scottsdale Capital Advisors, Corp. hereby serve notice that on July 25, 2018, they served via U.S. First Class Mail the following discovery requests upon Defendants as permitted under Rules 33 and 34:

1. First Set of Interrogatories to Defendant Kia Lau Haslett;
2. First Set of Interrogatories to Defendant Zach Fox;
3. First Set of Interrogatories to Defendant S&P Global, Inc.;
4. First Set of Interrogatories to Defendant S&P Global Market Intelligence, Inc.;
5. First Set of Production of Documents to Defendant Kia Lau Haslett;
6. First Set of Production of Documents to Defendant Zach Fox;
7. First Set of Production of Documents to Defendant S&P Global, Inc.; and
8. First Set of Production of Documents to Defendant S&P Global Market Intelligence, Inc.

DATED this 25th day of July, 2018.

HARDER LLP

By /s/ Jordan Susman
Charles J. Harder
Jordan Susman
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212

– and –

Monica A. Limón-Wynn
LIMÓN-WYNN LAW, PLLC
Tempe City Center
1400 East Southern Avenue, Suite 915
Tempe, Arizona  85282-8008

Attorneys for Plaintiffs Justine Hurry and Scottsdale Capital Advisors Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to:

C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne
QUARLES & BRADY LLP
Renaissance One
Two North Central Ave.
Phoenix, Arizona 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Duffy Carolan
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
dcarolan@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

Jean-Paul Jassy
Kevin L. Vick
JASSY VICK CAROLAN LLP
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
jpjassy@jassyvick.com
kvick@jassyvick.com
Attorneys for Defendants S&P Global Inc.,
S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zack Fox

_/s/ Marcie Delarue_

- 3 -