# EXHIBIT INDEX

| **DOCUMENT TITLE** | EXH. TAB |
|---|---|
| Certificate of Consultation | A |
| Order Accepting Officer of Settlement , FINRA Dep't of Enforcement v. Scottsdale Capital Advisors Corp. and Justine Hurry (Disciplinary Proceeding No. 2008011593301) (Oct., 2011) | B |
| Complaint and Jury Demand, United States Securities and Exchange Commission v. Alpine Securities Corporation, United States District Court, Southern District of New York (Action No. 17-cv-04179) (June 5, 2017) | C |
| Second Amended Complaint, John J. Hurry and Justine Hurry et al. v. FINRA et al., United States District Court District of Arizona (Action No. 14-cv-02490-PHX-ROS) (Aug. 28, 2015). | D |

# *EXHIBIT A*

1  **QUARLES & BRADY LLP**
C. Bradley Vynalek (#020051)
2  Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
3  Renaissance One
Two North Central Ave.
4  Phoenix, AZ 85004-2391
Tel: (602) 229-5200
5  brad.vynalek@quarles.com
lauren.stine@quarles.com
6  Kyle.orne@quarles.com

7  **JASSY VICK CAROLAN LLP**
Duffy Carolan (SBN 154988) (*Pro Hac Vice*)
8  601 Montgomery Street, Suite 850
San Francisco, California  94111
9  Tel: (415) 539-3399
dcarolan@jassyvick.com
10
Jean-Paul Jassy (SBN 205513) (*Pro Hac Vice*)
11  Kevin L. Vick (SBN 220738) (*Pro Hac Vice*)
800 Wilshire Blvd., Suite 800
12  Los Angeles, California 90017
Tel: (310) 870-7048
13  jpjassy@jassyvick.com
kvick@jassyvick.com
14
Attorneys for Defendants S&P Global Inc., S&P Global Market
15  Intelligence Inc., Kiah Lau Haslett and Zach Fox

16              IN THE UNITED STATES DISTRICT COURT

17                       DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation, | NO. 2:18-cv-01105-JAT |
| Plaintiffs, | **CERTIFICATE OF CONSULTATION** |
| vs. | |
| S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive, | |
| Defendants. | |

QB\167469.00001\52161197.1

**CERTIFICATE OF CONSULTATION**

Pursuant to LRCiv. 12.1(c), this certifies that on July 24, 2018, counsel for the parties conferred by phone before the filing of this motion. During the call, counsel for Defendants notified Plaintiffs' counsel of the issues asserted in the instant motion, but the parties were unable to agree that the Complaint was curable in any part by a permissible amendment.

RESPECTFULLY SUBMITTED this 26th day of July, 2018.

JASSY VICK CAROLAN LLP

By: /s/ *Duffy Carolan*
    Duffy Carolan
    Jean-Paul Jassy
    Kevin Vick

QUARLES & BRADLEY LLP
C. Bradley Vynalek
Lauren Elliott Stine
Kyle Orne

Attorneys for Defendants
S&P Global, Inc., S&P Global Market Intelligence, Inc., Kiah Lau Haslett and Zach Fox