**QUARLES & BRADLEY LLP**
C. Bradley Vynalek (#020051)
Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
Renaissance One Two North Central Ave.
Phoenix, AZ 85004-2391
Tel: (602)229-5261
brad.vynalek@quarles.com
lauren.stine@quarles.com
kyle.orne@quarles.com

**JASSY VICK CAROLAN LLP**
Duffy Carolan (Cal. Bar. No. 154988) (*Pro Hac Vice*)
601 Montgomery Street, Suite 850
San Francisco, California 94111
Tel: (415) 539-3399
dcarolan@jassyvick.com

Jean-Paul Jassy (Cal. Bar No. 205513) (*Pro Hac Vice*)
Kevin L. Vick (Cal. Bar No. 220738) (*Pro Hac Vice*)
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
Tel: (310) 870-7048
jpjassy@jassyvick.com
kvick@jassyvick.com

Attorneys for Defendants
S&P Global Inc., S&P Global Market Intelligence Inc.,
Kiah Lau Haslett and Zach Fox

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capita Advisors Corp., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01105-PHX-JAT<br><br>**DEFENDANT S&P GLOBAL MARKET INTELLIGENCE INC.'S NOTICE OF SERVICE OF DISCOVERY REQUESTS UPON PLAINTIFFS** |

1

1    Pursuant to LRCiv 5.2, Defendant S&P Global Market Intelligence Inc. hereby serves notice that on August 10, 2018, it served via FedEx (1) Defendant S&P Global Market Intelligence Inc.'s Non-Uniform Interrogatories on Plaintiff Justine Hurry (Set One); and, (2) Defendant S&P Global Market Intelligence Inc.'s Non-Uniform Interrogatories on Plaintiff Scottsdale Capital Advisors Corp. (Set One).

Additionally, Defendant S&P Global Market Intelligence serves notice that on July 27, 2018, it served via FedEx (1) Defendant S&P Global Market Intelligence Inc.'s Request for Production of Documents to Plaintiff Justine Hurry (Set One); (2) Defendant S&P Global Market Intelligence Inc.'s Request for Production of Documents to Plaintiff Scottsdale Capital Advisors Corp. (Set One).

Dated: August 10, 2018

JASSY VICK CAROLAN LLP

/s/ *Duffy Carolan*
Duffy Carolan
Jean-Paul Jassy
Kevin Vick

QUARLES & BRADY LLP
C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne

Attorneys for Defendants
S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zach Fox

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica Limón-Wynn
Limón-Wynn Law, PLLC
1400 East South Avenue, Suite 915
Tempe, Arizona 85282-8008
Milmon-wynn@mlwlawaz.com

Charles J. Harder (Pro Hac Vice)
Jordan Susman (Pro Hac Vice)
Harder LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90067
CHarder@harderllp.com
JSusman@harderllp.com

Attorneys for Plaintiffs

Dated: August 10, 2018                         /s/  *Duffy Carolan*