# *EXHIBIT 1*

1  **QUARLES & BRADLEY LLP**
   C. Bradley Vynalek (#020051)
2  Lauren Elliott Stine (#025083)
   Kyle T. Orne (#032438)
3  Renaissance One Two North Central Ave.
   Phoenix, AZ 85004-2391
4  Tel: (602)229-5261
   brad.vynalek@quarles.com
5  lauren.stine@quarles.com
   kyle.orne@quarles.com
6
   **JASSY VICK CAROLAN LLP**
7  Duffy Carolan (Cal. Bar. No. 154988) (*Pro Hac Vice*)
   601 Montgomery Street, Suite 850
8  San Francisco, California  94111
   Tel: (415) 539-3399
9  dcarolan@jassyvick.com

10 Jean-Paul Jassy (Cal. Bar No. 205513) (*Pro Hac Vice*)
   Kevin L. Vick (Cal. Bar No. 220738) (*Pro Hac Vice*)
11 800 Wilshire Blvd., Suite 800
   Los Angeles, California 90017
12 Tel: (310) 870-7048
   jpjassy@jassyvick.com
13 kvick@jassyvick.com

14 Attorneys for Defendants
   S&P Global Inc., S&P Global Market Intelligence Inc.,
15 Kiah Lau Haslet and Zack Fox

16                 UNITED STATES DISTRICT COURT

17                     DISTRICT OF ARIZONA

18 Justine Hurry, an individual; Scottsdale        ) Case No.  2:18-cv-01105-PHX-JAT
   Capita Advisors Corp., an Arizona               )
19 corporation                                     ) **DECLARATION OF DUFFY**
                                                   ) **CAROLAN IN SUPPORT OF**
20                                                 ) **DEFENDANTS' RULE 12(C) MOTION**
                 Plaintiffs,                       ) **FOR JUDGMENT ON THE**
                                                   ) **PLEADINGS**
21                                                 )
   v.                                              )
22                                                 ) **(ORAL ARGUMENT REQUESTED)**
                                                   )
   S&P Global, Inc., a New York corporation; )
23 S&P Global Market Intelligence, Inc., a        )
   New York corporation; Kiah Lau Haslett,         )
24 an individual; Zach Fox, an individual; and )
   DOES 1-10, inclusive,                           )
25                                                 )
                 Defendants.                       )
26                                                 )
                                                   )
27                                                 )
                                                   )
28

                                1

1    I, Duffy Carolan, declare:

2    1.    I am a partner at the law firm Jassy Vick Carolan LLP, co-counsel for

3  Defendants' S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Haslett, and Zach

4  Fox.  I am admitted to practice before the United States Court of Appeals for the Ninth

5  Circuit Court and before this Court pro hac vice.  I make this declaration in support of

6  Defendants' Rule (c) Motion for Judgment on the Pleadings.  I have personal knowledge of

7  the facts set forth herein and, if called as a witness, could and would competently testify to

8  them.

9    2.    **Exhibit B [Dkt. 25-2]** to Defendants' Motion is a true, correct and genuine

10 copy of a 2011 "Order Accepting Offer of Settlement" in an action titled <u>Department of</u>

11 <u>Enforcement v. Scottsdale Capital Advisors Corp. and Justine Hurry</u> (FINRA Disciplinary

12 Proceedings No. 2008011593301) ("2011 FINRA Consent Order" or "Order").  The Order

13 consists of 23 pages.  I obtained this Order through the Financial Industry Regulatory

14 Authority's official public website, where I personally download a .pdf copy of the Order at

15 http://www.finra.org/industry/disciplinary-actions/finra-disciplinary-actions-

16 online?search=2008011593301.  FINRA makes orders such as the 2011 FINRA Consent

17 Order accessible to the public through a search function.  The copy of the Order presented to

18 the Court in support of Defendants' Motion is an exact copy of the .pdf I downloaded from

19 FINRA's website.

20    3.    **Exhibit C [Dkt. 25-3]** to Defendant's Motion is a true, correct and genuine

21 copy of a "Complaint and Jury Demand" in an action titled <u>United States Securities and</u>

22 <u>Exchange Commission v. Alpine Securities Corporation</u>, (the "2017 SEC Complaint")

23 United States District Court, Southern District of New York (June 5, 2017, Case No. 17-cv-

24 04179) (Dkt. # 1).  I personally downloaded this court record from the judicially-maintained

25 PACER court filing system on March 21, 2018, using my personal PACER log-in

26 credentials.  It contains the clear and unmistakable PACER header.  The copy of this 2017

27 SEC Complaint presented to the Court in support of Defendants' Motion is an exact copy of

28 the .pdf I downloaded from PACER.

1        4.      **Exhibit D [Dkt. 25-4]** to Defendants' Motion is a true, correct and genuine

2  copy of the Second Amended Complaint in an action titled <u>John J. Hurry and Justine Hurry</u>

3  <u>et al. v. Financial Industry Regulator Authority, et al.</u>, (the "Hurry Complaint") United States

4  District Court, District of Arizona (August 28, 2015, Case No. 14-cv-02490-PHX-ROS)

5  (Dkt. # 71).   I personally downloaded this court record from the judicially-maintained

6  PACER court filing system on March 20, 2018, using my personal PACER log-in

7  credentials.   It contains the clear and unmistakable PACER header.   The copy of this 2015

8  Second Amended Complaint presented to the Court in support of Defendants' Motion is an

9  exact copy of the .pdf I downloaded from PACER.

10        I declare under penalty of perjury under the laws of the United States that the

11  foregoing is true.

12        Dated: August 17, 2018           */s/  Duffy Carolan*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28