| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| QUARLES & BRADY, LLP<br>Brad Vynalek ()<br>2 NORTH CENTRAL AVENUE<br>PHOENIX , AZ 85004<br>Telephone No: (602) 229-5200 | |
| Attorney For: Defendant    Ref. No. or File No.: 16749.00001 | |

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Plaintiff: Justine Hurry, an individual, et al.
Defendant: S&P Global Inc., et al.

| CERTIFICATE OF SERVICE | Hearing Date: OCT 19, 2018 | Time: 5:00 PM | Dept/Div: | Case Number: 2:18-cv-01105-PHX-JAT |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; EXHIBIT A; DECLARATION

3. a. Party served: Federal Deposit Insurance Corporation,
   b. Person served: MARTIN BRISENO, AUTHORIZED TO ACCEPT

4. Address where the party was served: 25 Jessie St, San Francisco, CA 94105

5. I served the party:
   a. **by substituted service.** On: Tue, Oct 02 2018 at: 03:30 PM by leaving the copies with or in the presence of:
   MARTIN BRISENO, AUTHORIZED TO ACCEPT

   (a) **(** Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on: 10/01/2018

Service: $169.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $179.00

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Person Executing:
   a. Andy Esquer 2013-0001009, San Francisco
   b. FIRST LEGAL
       3737 North 7th. Street Suite 209
       PHOENIX, AZ 85014
   c. (602) 248-9700



10/03/2018
(Date)        (Signature)

**CERTIFICATE OF SERVICE**

2686065 (10331245)