| Attorney or Party without Attorney: <br> QUARLES & BRADY, LLP <br> Brad Vynalek () <br> 2 NORTH CENTRAL AVENUE <br> PHOENIX, AZ 85004 <br> Telephone No: (602) 229-5200 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Defendant | | Ref. No. or File No.: 16749.00001 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: Justine Hurry, an individual, et al. <br> Defendant: S&P Global Inc., et al. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: <br> OCT 19, 2018 | Time: <br> 5:00 PM | Dept/Div: | Case Number: <br> 2:18-cv-01105-PHX-JAT |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; EXHIBIT A; DECLARATION

3. a. Party served:       FINRA,
   b. Person served:  Anthony Serrette, Intake Specialist for CSC as Registered Agent

4. Address where the party was served:   1015 15th St NW, Suite 1000,, Washington, DC 20005

5. I served the party:
   a. **by substituted service.**   On: Tue, Oct 02 2018 at: 02:05 PM by leaving the copies with or in the presence of:
   Anthony Serrette, Intake Specialist for CSC as Registered Agent, Caucasian, Male, Age: 50, Hair: Gray, Eyes: Amber, Height: 5'6", Weight: 160, Description: wears glasses.

   (a) (Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $189.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $199.00

I Declare under penalty of perjury under the laws of the State of District of Columbia that the foregoing is true and correct.

6. Person Executing:
   a. Nina Lew
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

10/3/2018                                    _Nina Lew_
(Date)                                             (Signature)

CERTIFICATE OF SERVICE



2686073 (10331244)