**QUARLES & BRADY LLP**
C. Bradley Vynalek (#020051)
Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
Renaissance One
Two North Central Ave.
Phoenix, AZ 85004-2391
Tel: (602) 229-5200
brad.vynalek@quarles.com
lauren.stine@quarles.com
Kyle.orne@quarles.com

**JASSY VICK CAROLAN LLP**
Duffy Carolan (Cal. Bar. No. 154988) (*Pro Hac Vice*)
601 Montgomery Street, Suite 850
San Francisco, California 94111
Tel: (415) 539-3399
dcarolan@jassyvick.com

Jean-Paul Jassy (Cal. Bar. No. 205513) (*Pro Hac Vice Admission*)
Kevin L. Vick (Cal. Bar. No. 220738) (*Pro Hac Vice Admission*)
800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
Tel: (310) 870-7048
jpjassy@jassyvick.com
kvick@jassyvick.com

Attorneys for Defendants S&P Global Inc., S&P Global Market Intelligence Inc., Kiah Lau Haslett and Zach Fox

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>S&P Global Inc., a New York corporation; S&P Global Market Intelligence Inc., a Delaware corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and Does 1-10, inclusive,<br><br>                    Defendants. | NO. 2:18-cv-01105-PHX-JAT<br><br>(Formerly Maricopa County Superior Court Case No. CV2018-002465<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the Plaintiffs and Defendants have reached a settlement in principle. The parties expect to submit formal dismissal papers to the Court

QB\167469.00001\54883941.1

within the next thirty days. As a result, the parties request that the Court vacate the November 28, 2018 Motion Hearing.

DATED this 15th day of November, 2018.

QUARLES & BRADY LLP

By  */s/ Kyle T. Orne*
C. Bradley Vynalek
Lauren Elliott Stine
Kyle T. Orne

JASSY VICK CAROLAN LLP
Duffy Carolan
Jean-Paul Jassy
Kevin Vick

Attorneys for Defendants S&P Global, Inc., S&P Global Market Intelligence, Inc., Kiah Lau Haslett, Zach Fox

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, a copy of the foregoing document was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Caser Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF. A copy of the foregoing document was also mailed this date to the following:

Monica Limon-Wynn (019174)
Limon-Wynn Law, PLLC
1400 East Southern Avenue, #915
Tempe, AZ  85282-8008
Attorneys for Plaintiff

Charles J. Harder (pro hac)
Jordan Susman (pro hac)
Harder LLP
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA  90067
Attorneys for Plaintiff

*/s/ Kim Simmons*

2