# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, et al., | No. CV-18-01105-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| S&P Global Incorporated, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 32),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on December 14, 2018, with prejudice, and shall enter judgment accordingly, unless <u>prior thereto</u> a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that the hearing on the motion to dismiss set for November 28, 2018 is vacated (however, the motion to dismiss remains pending).

Dated this 15th day of November, 2018.

_____
James A. Teilborg
Senior United States District Judge