1  **QUARLES & BRADLEY LLP**
C. Bradley Vynalek (#020051)
2  Lauren Elliott Stine (#025083)
Kyle T. Orne (#032438)
3  Renaissance One Two North Central Ave.
Phoenix, AZ 85004-2391
4  Tel: (602)229-5261
brad.vynalek@quarles.com
5  lauren.stine@quarles.com
kyle.orne@quarles.com
6
**JASSY VICK CAROLAN LLP**
7  Duffy Carolan (Cal. Bar. No. 154988) (*Pro Hac Vice*)
601 Montgomery Street, Suite 850
8  San Francisco, California  94111
Tel: (415) 539-3399
9  dcarolan@jassyvick.com

10  Jean-Paul Jassy (Cal. Bar No. 205513) (*Pro Hac Vice*)
Kevin L. Vick (Cal. Bar No. 220738) (*Pro Hac Vice*)
11  800 Wilshire Blvd., Suite 800
Los Angeles, California 90017
12  Tel: (310) 870-7048
jpjassy@jassyvick.com
13  kvick@jassyvick.com

14  Attorneys for Defendants
S&P Global Inc., S&P Global Market Intelligence Inc.,
15  Kiah Lau Haslet and Zack Fox

16                 UNITED STATES DISTRICT COURT

17                      DISTRICT OF ARIZONA

18  Justine Hurry, an individual; Scottsdale    )  Case No.  2:18-cv-01105-PHX-JAT
Capital Advisors Corp., an Arizona          )
19  corporation                                 )  **STIPULATION AND JOINT MOTION**
                                            )  **FOR DISMISSAL WITH PREJUDICE**
20              Plaintiffs,                     )
                                            )
21                                              )
v.                                          )
22                                              )
                                            )
23  S&P Global, Inc., a New York corporation;   )
S&P Global Market Intelligence, Inc., a     )
24  New York corporation; Kiah Lau Haslett,     )
an individual; Zach Fox, an individual; and )
25  DOES 1-10, inclusive,                       )
                                            )
26              Defendants.                     )
                                            )
27                                              )
                                            )
28  _____)

QB\54632016.1

1    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, Justine Hurry and

2  Scottsdale Capital Advisors Corp., and Defendants S&P Global Inc., S&P Global Market

3  Intelligence Inc., Kiah Haslett, and Zach Fox, by and through their undersigned counsel,

4  hereby stipulate and jointly move the Court for an order dismissing the above-captioned

5  action in its entirety and with prejudice, with each party bearing its own attorneys' fees

6  and costs incurred herein.  A proposed form of Order of Dismissal with Prejudice is

7  submitted herewith.

8    Dated:  November 21, 2018                JASSY VICK CAROLAN LLP

9                                                          /s/ *Duffy Carolan*
                                                          Duffy Carolan (Pro Hac Vice)
10                                                         Jean-Paul Jassy (Pro Hac Vice)
                                                          Kevin Vick (Pro Hac Vice)
11
                                                          QUARLES & BRADY LLP
12                                                        C. Bradley Vynalek
                                                          Lauren Elliott Stine
13                                                        Kyle T. Orne

14                                                        Attorneys for Defendants
                                                          S&P  Global  Inc.,  S&P  Global  Market
15                                                        Intelligence  Inc.,  Kiah  Lau  Haslett  and
                                                          Zach Fox

16

17                                                        HARDER LLP

18                                                        /s/ *Charles J. Harder*
                                                          Charles J. Harder (Pro Hac Vice)
19                                                        Jordan Susman (Pro Hac Vice)

20                                                        LIMÓN-WYNN LAW, PLLC
                                                          Monica Limón-Wynn
21                                                        1400 East South Avenue, Suite 915
                                                          Tempe, Arizona 85282-8008
22
                                                          Attorneys for Plaintiffs
23

24

25

26

27

28

QB\54632016.1                                          -2-

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on November 21, 2018, I electronically transmitted the

3 foregoing document to the Clerk's Office using the CM/ECF System for filing and service

4 via transmittal of a Notice of Electronic Filing.

5    I declare under penalty of perjury under the laws of the United States of America

6 that the foregoing is true and correct.

7

8                                                     */s/ Duffy Carolan*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28