UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, an individual; Scottsdale Capital Advisors Corp., an Arizona corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>S&P Global, Inc., a New York corporation; S&P Global Market Intelligence, Inc., a New York corporation; Kiah Lau Haslett, an individual; Zach Fox, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01105-PHX-JAT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation and Joint Motion for Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with each side to bear its own attorneys' fees and costs.

QB\167469.00001\54632422.1