# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Hurry, et al., <br>     Plaintiffs, <br> v. <br> S&P Global Incorporated, et al., <br>     Defendants. | No. CV-18-01105-PHX-JAT <br><br> **ORDER** |

Pursuant to the parties' Stipulation and Joint Motion for Dismissal with Prejudice (Doc. 34),

**IT IS ORDERED** that the Joint Motion (Doc. 34) is granted, this case is dismissed in its entirety with prejudice, with each side to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the motion to dismiss (Doc. 25) is denied as moot.

Dated this 30th day of November, 2018.

James A. Teilborg
Senior United States District Judge